# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

George P. Desjardins, Jr., M.D., :
          Petitioner :
            :
        v. : No. 506 M.D. 2012
            :
Michael F. Consedine, in his official :
capacity as Insurance Commissioner :
of the Commonwealth of Pennsylvania, :
and the Pennsylvania Insurance :
Department Medical Care Availability :
and Reduction of Error Fund ("Mcare"), :
          Respondents :
            :
        v. :
            :
Team Health, Inc., Alliant Insurance :
Services, Inc., and Western Litigation, :
Inc., and Lexington Insurance :
Company, :
          Additional Respondents :

# O R D E R

NOW, February 4, 2020, upon consideration of Petitioner's application for reargument, and Respondents' answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge